**Electronically Filed
Intermediate Court of Appeals
CAAP-13-0000417
21-MAY-2013
04:15 PM**

NO. CAAP-13-0000417

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

IN RE RIGHTSTAR RELATED CASES

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 06-1-RIGHTSTAR (RAN))

ORDER APPROVING STIPULATION FOR
DISMISSAL OF APPEAL WITHOUT PREJUDICE
(By:  Foley, Presiding J., Fujise and Leonard, JJ.)

Upon consideration of the "Stipulation for Dismissal of Appeal Without Prejudice," filed May 6, 2013, by Intervenor/Plaintiff-Appellant The Huntington National Bank, and the record, it appears that this appeal, No. CAAP-13-0000417, has not been docketed, the parties seek to dismiss this appeal pursuant to Hawai'i Rules of Appellate Procedure (HRAP) Rule 42(a), and counsel for all parties to this appeal have signed the stipulation.  Therefore, pursuant to HRAP Rule 42(a),

IT IS HEREBY ORDERED that the stipulation is approved, and this appeal is dismissed.

DATED: Honolulu, Hawai'i, May 21, 2013.

Presiding Judge

Associate Judge

Associate Judge